# Court of Appeals
# of the State of Georgia

ATLANTA, March 25, 2020

*The Court of Appeals hereby passes the following order:*

**A20D0291. IN THE INTEREST OF H. C. M. et al., CHILDREN (MOTHER).**

We dismissed this application on March 4, 2020, as untimely. The mother has filed a motion for reconsideration. We GRANT the mother's motion for reconsideration and VACATE our previous order dismissing the application, which is hereby REINSTATED.

Upon consideration of the merits of the amended application for discretionary appeal,it is ordered that it be hereby DENIED.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 03/25/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , Clerk.